### Lewis Cheek *v.* John McKay, etc.

**Pleading—Amended Petition Presenting New Cause of Action—Service of Process.**

Where a petition is so amended as to present a new cause of action there should be service of process, either actual or constructive, before judgment.

**Judicial Sales—Not Made on First Day of Court—Void—Judicial Notice of Term.**

Courts will take judicial notice of terms of court, and a sale of land made on other than the first day of a term is void.

#### APPEAL FROM KENTON CIRCUIT COURT.

September 23, 1871.

Opinion by Judge Pryor:

The amended petition filed in this case by the appellees was in fact a supplemental petition presenting a new cause of action, and there should have been service of process, either actual or constructive before judgment.

It also appears that the sale made by the sheriff of appellant's equity of redemption in the real estate described in the pleadings was made on Saturday, the 5th of September, 1868, that

this was not the first day of either the circuit or county courts of Kenton. The county court began on the fourth Monday in the month (*see Session Acts* 1863-4, *page* 447), of which fact this court will take judicial notice. Such sales are void as decided by this court in the case of*Will vs. Sweeney*, 2 *Duvall*, *page* 162. The case is reversed with directions to set aside the judgment of the court below and all the proceedings thereunder and for further proceedings not inconsistent with this opinion.

Rodman, for appellant.

Hallam, for appellees.